IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:17-CV-03124

2. Style of case: VNC INC. D/B/A AMERICA BEST VALUE INN V. NORTHFIELD INSURANCE COMPANY AND ANTHONY CARREON

3. Nature of suit: Insurance

4. Method of ADR used:   ☑ Mediation    ☐ Mini-Trial    ☐ Summary Jury Trial

5. Date ADR session was held: 5/23/2018

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
   **XX Settled as a result of ADR.**          ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3050.00

8. Duration of ADR: Scheduled for full day   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

   Courtenay L. Bass - Mediator                William A. Kendall, Jr., Esq.-Plaintiff
   Chetan Patel - VNC Inc. -Plaintiff          Jennifer L. Gibbs, Esq.-Defendants
   Robert N. Grisham, II, Esq.-Plaintiff       Duncan Parks – Defendants'
   Van Patel - VNC Inc. -Plaintiff             Representative

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                                      May 23, 2018
Signature                                                Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                         Telephone

**Robert N. Grisham, II, Esq.**
Grisham & Kendall, PLLC
5910 N. Central Expressway
Suite 925
Dallas, TX  75206
(214) 987-0098
(214) 987-4098

**William A. Kendall, Jr., Esq.**
Grisham & Kendall, PLLC
5910 N. Central Expressway
Suite 925
Dallas, TX  75206
(214) 987-0908
(214) 987-4098

**Jennifer L. Gibbs, Esq.**
Zelle LLP
901 Main Street
Suite 4000
Dallas, TX  75202
(214) 742-3000
(214) 760-8994